On petition for review filed November 25, 1997,* petition for review allowed; decision of the Court of Appeals vacated, and case remanded to the Court of Appeals for further consideration April 5, 2001

## STATE OF OREGON,
*Respondent on Review,*

*v.*

## ANTHONY WAYNE McGINNIS,
*Petitioner on Review.*

(CC 93CR0202; CA A90256; SC S44779)

21 P3d 1087

Peter Gartlan, Deputy Public Defender, Salem, filed the petition for review. With him on the petition was Sally L. Avera, Public Defender.

No response *contra*.

Before Carson, Chief Justice, and Gillette, Durham, Leeson, and Riggs, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *State v. Fleetwood*, 331 Or 511, 16 P3d 503 (2000).

---

* Appeal from Crook County Circuit Court, A. R. McMullen, Judge. 151 Or App 137, 953 P2d 432 (1997).

** Kulongoski and De Muniz, JJ., did not participate in the consideration or decision of this case.